**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01829-REB-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

HARDIN LUMBER, f/k/a BIG CREEK CONSTRUCTION SERVICES, LLC,
WILLIAM R. HARDIN,
DESIREE A. HARDIN, and
RON SMITH,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Notice of Voluntary Dismissal with Prejudice** [#9], filed October 9, 2009. After careful review of the stipulation and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal with Prejudice** [#9], filed October 9, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 13, 2009, at Denver, Colorado.

                      BY THE COURT:

                      */s/ Robert E. Blackburn*
                      Robert E. Blackburn
                      United States District Judge